PER CURIAM.
Affirmed. See Tucker v. State, 726 So.2d 768 (Fla.1999); Leeman v. State, 357 So.2d 703 (Fla.1978); Williams v. State, 997 So.2d 486 (Fla. 2d DCA 2008); Daniel v. State, 935 So.2d 1240 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Pitts v. State, 832 So.2d 260 (Fla. 2d DCA 2002); Mosely v. State, 688 So.2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So.2d 52 (Fla. 2d DCA 1985); Foss v. State, 834 So.2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Halt v. State, 761 So.2d 334 (Fla. 4th DCA 1998).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.